JUDGE RAKOFF

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FRED ZEIGLER,

                    Plaintiff,

    vs.

ATLANTIC CASUALTY
INSURANCE COMPANY,

            Defendant.

**RULE 7.1
DISCLOSURE
STATEMENT**

Civil Action No.

_____

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendant Atlantic Casualty Insurance Company, a non-governmental corporate party, by its undersigned counsel Nixon Peabody LLP, states that it is not publicly traded and is a wholly-owned subsidiary of Strickland Insurance Group, Inc. It also has the following corporate affiliates:

       Strickland Insurance Brokers, Inc. and American Claims Service, Inc.

Dated: New York, New York
       October 12, 2007

                     Respectfully submitted,

                     **NIXON PEABODY LLP**

                     By: _Cyril E. Smith_____
                        Aidan M. McCormack (AM3017)
                        Cyril E. Smith (CS8359)
                        *Attorneys for Plaintiff*
                        *Atlantic Casualty Insurance Company*
                        437 Madison Avenue
                        New York, New York 10022
                        (212) 940-3000

10762918.1