UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
FRED ZEIGLER,

                Plaintiff,

       - against -                                                           07-cv-9231 (JSR)

ATLANTIC CASUALTY INSURANCE COMPANY,

               Defendant.

------------------------------------------------------------------- x

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF

PLEASE TAKE NOTICE that in relation to the above-captioned case, Thomas I. Sheridan of HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP, provides his notice of appearance as counsel of record for the above-referenced Plaintiff. All papers in relation to this action should be served upon Thomas I. Sheridan at the undersigned address.

DATED: New York, New York
          October 30, 2007

                                    Respectfully submitted,

                                    HANLY CONROY BEIRSTEIN SHERIDAN FISHER & HAYES LLP

                                    By:  **/s/ Thomas I. Sheridan**
                                          Thomas I. Sheridan

                                    112 Madison Avenue
                                    New York, NY 10016
                                    Tel. (212) 784-6400
                                    Fax (212) 784-6420
                                    tsheridan@hanlyconroy.com