UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

FRED ZEIGLER,

            Plaintiff,

- against -

ATLANTIC CASUALTY INSURANCE COMPANY,

            Defendant.

07-cv-9231 (JSR)

**DEMAND FOR JURY TRIAL**

      **PLEASE TAKE NOTICE** that plaintiff, Fred Zeigler, in the above entitled action, demands a trial by jury of any and all issues triable of right by a jury in these actions.

Dated:      New York, New York
              November 13, 2007

                              HANLY CONROY BIERSTEIN SHERIDAN
                              FISHER & HAYES LLP

                              By:  **/s/ Thomas I. Sheridan**
                                   Thomas I. Sheridan (TS-0599)

                              112 Madison Avenue
                              New York, NY 10016
                              Tel. (212) 784-6400
                              Fax (212) 784-6420
                              tsheridan@hanlyconroy.com