```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
FRED ZEIGLER,                          :
                                       :
              Plaintiff,               :      07 Civ. 9231 (JSR)
                                       :
         -v-                           :      ORDER
                                       :
ATLANTIC CASUALTY INSURANCE COMPANY,   :
                                       :
              Defendant.               :
---------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    For the reasons stated from the bench, <u>see</u> transcript, 12/14/07, the plaintiff's motion to remand to state court is granted. The Clerk of the Court is directed to forthwith remand this case to state court and to close document number 6 in the Court's docket.

    SO ORDERED.

                                               JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       December 14, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-18-07